No. 81–2329. UNION TEXAS PETROLEUM, A DIVISION OF ALLIED CHEMICAL CORP., ET AL. v. CORPORATION COMMISSION OF OKLAHOMA ET AL.; and No. 81–2330. HARPER OIL CO. v. CORPORATION COMMISSION OF OKLAHOMA ET AL. Sup. Ct. Okla. Certiorari denied. Reported below: 651 P. 2d 652.

No. 81–2335. BROWNING, ADMINISTRATRIX v. B. F. DIAMOND CONSTRUCTION CO., INC., ET AL. Ct. App. Ga. Certiorari denied. 

No. 81–2339. BUCHANON v. MACON COUNTY COMMUNITY ACTION COMMITTEE, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–2341. KUDLER ET AL. v. SMITH. Ct. App. Colo. Certiorari denied.

No. 81–2342. GONSALVES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–2345. LYLE v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 81–2346. REXROAT v. THORELL. Sup. Ct. Ill. Certiorari denied.

No. 81–2347. BODDICKER ET AL. v. ARIZONA STATE DENTAL ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–2348. AETNA LIFE & CASUALTY CO. ET AL. v. GURNEE ET AL. Ct. App. N. Y. Certiorari denied.

No. 81–2350. MOFFET ET AL. v. STONE MOUNTAIN MEMORIAL ASSN. ET AL. C. A. 11th Cir. Certiorari denied.